# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRTUAL CREATIVE ARTISTS, LLC, | |
| *Plaintiff*, | C.A. No. 1:24-CV-5346 |
| v. | JURY TRIAL DEMANDED |
| BUZZFEED, INC., | PATENT CASE |
| *Defendant*. | |

### DEFENDANT BUZZFEED'S NOTICE OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendant Buzzfeed, Inc. respectfully submits this Motion to Dismiss Plaintiff Virtual Creative Artists, LLC's Complaint For Failure to State a Claim pursuant to Federal Rule of Civil Procedure 12(b)(6). The grounds for this Motion are set forth in Defendant Buzzfeed, Inc.'s Memorandum of Law in Support, filed contemporaneously herewith.

1

Dated: September 16, 2024
/s/ *Excylyn J. Hardin-Smith*
Excylyn J. Hardin-Smith (EHS7780)
hardin-smith@fr.com
7 Times Square, 20th Floor
New York, New York 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Neil J. McNabnay
Texas Bar No. 24002583
Lance E. Wyatt
Texas Bar No. 24093397
Michael R. Ellis
Texas Bar No. 24102726
Nan Lan
Texas Bar No. 24121711

1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)
mcnabnay@fr.com
wyatt@fr.com
ellis@fr.com
lan@fr.com

**COUNSEL FOR DEFENDANT
BUZZFEED, INC.,**