IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **VIRTUAL CREATIVE ARTISTS, LLC,** | |
| Plaintiff, | C.A. No. 1:24-CV-5346 |
| v. | JURY TRIAL DEMANDED |
| **BUZZFEED, INC.,** | PATENT CASE |
| Defendant. | |

### [PROPOSED] ORDER GRANTING MOTION TO DISMISS

Before the Court is Defendant Buzzfeed, Inc.'s Motion to Dismiss for Failure to State a Claim ("Motion"). The Court, having considered the motion, finds that it should be and is **GRANTED** and the case is hereby dismissed with prejudice.

**SO ORDERED.**

_____
United States District Judge